Exhibit 4

Charted claim:

Method claim:1

| US8917843 | Aura app ("The accused instrumentality") |
|---|---|
| 1. A method performed by a call control unit for controlling incoming and outgoing calls at a user's premise, the method comprising: receiving an indication of an incoming call at a call control unit communicatively coupled to or resident within a telephone, the call control unit being located at the user's premise and positioned between a telecommunication service provider providing the incoming call and the telephone, the indication including identification information for the incoming call; | The accused instrumentality discloses a method (e.g., Robocall/spam call control method) performed by a call control unit (e.g., Robocall/spam call blocking unit of the Aura app) for controlling incoming and outgoing calls (e.g., Aura app controlling calls) at a user's premise (e.g., user smartphone installed with Aura app), the method comprises receiving an indication of an incoming call (e.g., receiving an incoming call from the caller directed to smartphone with Aura app installed) at a call control unit (e.g., Robocall/spam call blocking unit of the Aura app) communicatively coupled to, or resident within the telephone (e.g., present within the smartphone with Aura app installed), the call control unit (e.g., Robocall/spam call blocking unit of the Aura app) being located at the user's premise (e.g., user smartphone installed with Aura app) and positioned between a telecommunication service provider (e.g., calling service provider) providing the incoming call (e.g., incoming call initiated by the caller) and the telephone (e.g., called user smartphone), the indication including identification information for the incoming call (e.g., the incoming call includes caller name, phone number, etc.). As shown, the accused instrumentality includes call control feature for preventing calls from robocallers, spammers, etc. When a caller dials the number to a called user phone, the incoming call is received at the Robocall/spam call blocking unit of the accused instrumentality installed within the caller user smartphone. The accused instrumentality identifies robocallers, spammers, etc., using the caller information such as caller name, phone number, etc. |



https://www.aura.com/spam-call-message-protection

## How does Spam Call Protection work?

Spam Call Protection uses several layers of screening to keep you safe from unwanted calls and costly phone scams. For incoming calls, Aura automatically checks for known spam callers and blocks them. If a call is unknown or not in our spam lists, Aura's proprietary AI Call Assistant will pick up unknown calls on your behalf to screen them for spam. Our AI Call Assistant will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.

https://www.aura.com/spam-call-message-protection



## Block Spam Calls & Phone Scams

Tired of unwanted calls? Aura uses industry-leading spam lists to block known spam callers so you can avoid costly phone scams.

https://www.aura.com/spam-call-message-protection



https://apps.apple.com/us/app/aura-security-protection/id1547735089



https://apps.apple.com/us/app/aura-security-protection/id1547735089

| querying, by the call control unit, a server external to a telecommunication service provider providing the call | The accused instrumentality discloses querying, by the call control unit (e.g., Robocall/spam call blocking unit of the Aura app), a server (e.g., calling server of Aura) external to a telecommunication service provider (e.g., calling service provider) providing the call and the telephone (e.g., incoming call on the user smartphone with Aura app installed) to determine whether additional information regarding a caller associated with the identification information (e.g., additional information such as accepted list, blocked list, unknown caller, etc. associated with caller name, phone |

| | |
|---|---|
| and the telephone to determine whether additional information regarding a caller associated with the identification information is stored within a database communicatively coupled to the server, the database storing additional information associated with unwanted callers, the additional information including a user-configurable list of at least one of desired and undesired callers and being associated with a preferred operation to be performed on a call associated with the additional information, and if so, performing a first operation on the incoming call responsively to the additional information, the first operation corresponding to the preferred operation associated with the additional information, | number, etc.) is stored within a database communicatively coupled to the server (e.g., database containing list of contacts categorized such as accepted list, blocked list, unknown caller, etc.) the database storing additional information associated with unwanted callers (e.g., spam call database containing list of contacts categorized such as blocked list) the additional information (e.g., additional information such as accepted list, blocked list, unknown caller, etc.) including a user-configurable list of at least one of desired and undesired callers (e.g., accepted list/blocked list contains contacts associated with verified caller, spam caller/robocall, unknown caller, etc.) and being associated with a preferred operation to be performed on a call (e.g., accepting and forwarding the call or marking the call as spam call and blocking the call) associated with the additional information (e.g., additional information such as accepted list, blocked list, unknown caller, etc.), and if so, performing a first operation on the incoming call responsively to the additional information (e.g., marking the call as spam call and blocking the call based on the output of the call screening process), the first operation corresponding to the preferred operation associated with the additional information (e.g., incoming calls that are already present in blocked list are directly blocked and not forwarded to the called user), otherwise, performing a second operation (e.g., forwarding the call to the called user) on the incoming call responsively to an absence of the additional information (e.g., forwarding the call to the called user smartphone when the caller number is not present in the blocked list database),<br><br>As shown, when the caller dials the number, the call control unit of the Aura app queries the app server to determine whether the caller phone number is present in the accepted list, blocked list or the caller is an unknown caller, where the accepted list and blocked list is preconfigured which is stored at the server. If the server determines that the caller number is not present in accepted list and the caller is an unknown caller, the call control unit Aura's Call Assistant will pick up unknown calls on the behalf of user to screen the calls for spam or scams, once identified that the is a verified or genuine call, the call will be routed correctly to the called user and if the caller is identified as spam or scams, the call will be blocked or prevented. |

otherwise, performing a second operation on the incoming call responsively to an absence of the additional information;



https://www.aura.com/spam-call-message-protection

## How does Spam Call Protection work? —

Spam Call Protection uses several layers of screening to keep you safe from unwanted calls and costly phone scams. For incoming calls, Aura automatically checks for known spam callers and blocks them. If a call is unknown or not in our spam lists, Aura's proprietary AI Call Assistant will pick up unknown calls on your behalf to screen them for spam. Our AI Call Assistant will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.

## Does Spam Call Protection protect me from unwanted texts? +

## What devices support Spam Call Protection? —

Spam Call Protection is available through the Aura mobile app on iOS and Android.

https://www.aura.com/spam-call-message-protection



## Block Spam Calls & Phone Scams

Tired of unwanted calls? Aura uses industry-leading spam lists to block known spam callers so you can avoid costly phone scams.

https://www.aura.com/spam-call-message-protection



https://www.aura.com/spam-call-message-protection

## AI-powered Call Assistant screens your calls

Aura's Call Assistant will pick up unknown calls on your behalf to screen them for spam or scams. The AI will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.



https://apps.apple.com/us/app/aura-security-protection/id1547735089



https://apps.apple.com/us/app/aura-security-protection/id1547735089

| receiving an indication at the call control unit that the incoming call is undesired; and | The accused instrumentality discloses receiving an indication (e.g., spam call indication) at the call control unit (e.g., Robocall/spam call blocking unit of the Aura app) the incoming call is undesired (e.g., incoming call is identified as a spam call/robocall). |
|---|---|

As shown, when the caller dials the number, the call control unit of the Aura app queries the app server to determine whether the caller phone number is present in the accepted list, blocked list or if the caller is an unknown caller. If the server determines that the caller number is not present in accepted list and the caller is an unknown caller, the call control unit Aura's Call Assistant will pick up unknown calls on the behalf of user to screen the calls for spam or scams and if the caller is identified as spam or scams, the call will be blocked or prevented.







https://www.aura.com/spam-call-message-protection

### How does Spam Call Protection work?                                    —

Spam Call Protection uses several layers of screening to keep you safe from unwanted calls and costly phone scams. For incoming calls, Aura automatically checks for known spam callers and blocks them. If a call is unknown or not in our spam lists, Aura's proprietary AI Call Assistant will pick up unknown calls on your behalf to screen them for spam. Our AI Call Assistant will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.

### Does Spam Call Protection protect me from unwanted texts?            +

### What devices support Spam Call Protection?                            —

Spam Call Protection is available through the Aura mobile app on iOS and Android.

https://www.aura.com/spam-call-message-protection

## Block Spam Calls & Phone Scams

Tired of unwanted calls? Aura uses industry-leading spam lists to block known spam callers so you can avoid costly phone scams.



https://www.aura.com/spam-call-message-protection



## AI-powered Call Assistant screens your calls

Aura's Call Assistant will pick up unknown calls on your behalf to screen them for spam or scams. The AI will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.

https://www.aura.com/spam-call-message-protection

| | |
|---|---|
| automatically adding the identification information for the undesired incoming call to the user-configurable list of undesired caller. | The accused instrumentality discloses automatically adding the identification information (e.g., identification information of the incoming call such as caller name, phone number, etc.) for the undesired incoming call (e.g., incoming call identified as a spam call/robocall) to the user-configurable list of undesired caller (e.g., blocked list database is updated with newly identified spam call, robocall, etc.). |
| | As shown, when the caller dials the number, the call control unit of the Aura app queries the app server to determine whether the caller phone number is present in the accepted list, blocked list or the caller is an unknown caller, where the accepted list and blocked list is preconfigured which is stored at the server. If the server determines that the caller number is not present in accepted list and the caller is an unknown caller, the call control unit Aura's Call Assistant |

will pick up unknown calls on the behalf of user to screen the calls for spam or scams and if the caller is identified as spam or scams, the call will be blocked or prevented and the blocked list will be updated accordingly.



https://www.aura.com/spam-call-message-protection

## How does Spam Call Protection work? —

Spam Call Protection uses several layers of screening to keep you safe from unwanted calls and costly phone scams. For incoming calls, Aura automatically checks for known spam callers and blocks them. If a call is unknown or not in our spam lists, Aura's proprietary AI Call Assistant will pick up unknown calls on your behalf to screen them for spam. Our AI Call Assistant will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.

## Does Spam Call Protection protect me from unwanted texts? +

## What devices support Spam Call Protection? —

Spam Call Protection is available through the Aura mobile app on iOS and Android.

https://www.aura.com/spam-call-message-protection

## Block Spam Calls & Phone Scams

Tired of unwanted calls? Aura uses industry-leading spam lists to block known spam callers so you can avoid costly phone scams.



https://www.aura.com/spam-call-message-protection



https://www.aura.com/spam-call-message-protection

## AI-powered Call Assistant screens your calls

Aura's Call Assistant will pick up unknown calls on your behalf to screen them for spam or scams. The AI will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.