# Exhibit 5

Charted claim:

Method claim:1

| US9491286 | Aura app ("The accused instrumentality") |
|---|---|
| 1. A method comprising: receiving an incoming call from a caller at a call control unit communicatively coupled to, or resident within a telephone, the call control unit being positioned between a telecommunication service provider providing the incoming call and the telephone, the incoming call being associated with a telephone number and the caller; and | The accused instrumentality discloses a method (e.g., Robocall/spam call control method) comprising receiving an incoming call from a caller (e.g., receiving an incoming call from the caller directed to smartphone with Aura app installed) at a call control unit (e.g., Robocall/spam call blocking unit of the Aura app) communicatively coupled to, or resident within the telephone (e.g., present within the smartphone with Aura app installed), the call control unit (e.g., Robocall/spam call blocking unit of the Aura app) being positioned between a telecommunication service provider (e.g., calling service provider) providing the incoming call (e.g., incoming call initiated by the caller) and the telephone (e.g., called user smartphone), the incoming call being associated with a telephone number (e.g., caller phone number) and the caller (e.g., the incoming call includes caller name, etc.).<br><br>As shown, Aura app includes call control feature for preventing calls from robocallers, spammers, etc. When a caller dials the number to a called user phone, the incoming call is received at the Robocall/spam call blocking unit of the Aura app installed within the caller user smartphone. The accused instrumentality identifies robocallers, spammers, etc., using the caller information such as caller name, phone number, etc. |


https://www.aura.com/spam-call-message-protection

## How does Spam Call Protection work?

Spam Call Protection uses several layers of screening to keep you safe from unwanted calls and costly phone scams. For incoming calls, Aura automatically checks for known spam callers and blocks them. If a call is unknown or not in our spam lists, Aura's proprietary AI Call Assistant will pick up unknown calls on your behalf to screen them for spam. Our AI Call Assistant will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.

https://www.aura.com/spam-call-message-protection

## Block Spam Calls & Phone Scams

Tired of unwanted calls? Aura uses industry-leading spam lists to block known spam callers so you can avoid costly phone scams.



https://www.aura.com/spam-call-message-protection

Page 3 of 14



| | |
|---|---|
| | <br>https://apps.apple.com/us/app/aura-security-protection/id1547735089 |
| querying, by the call control unit, a server to determine whether additional information associated with the | The accused instrumentality discloses querying, by the call control unit (e.g., (e.g., Robocall/spam call blocking unit of the Aura app), a server (e.g., calling server of Aura) to determine whether additional information (e.g., additional information such as blocked list, etc.) associated with the telephone number (e.g., caller phone number) and the caller exists (e.g., determine whether caller number is present in blocked list or is unknown caller number) and if so, determining whether the additional information indicates that a negative characteristic (e.g., caller number present in |

Page 5 of 14

| | |
|---|---|
| telephone number and the caller exists, and if so, determining whether the additional information indicates that a negative characteristic is associated with at least one of the caller and the telephone number and, if so, performing a first operation on the incoming call responsively to the additional information, otherwise, performing a second operation on the incoming call responsively to an absence of the additional information. | blocked list indicating a spam call/robocall) is associated with at least one of the caller and the telephone number (e.g., caller phone number, caller name, etc.) and if so, performing a first operation on the incoming call responsively to the additional information (e.g., marking the call as spam call and blocking the call based on the output of the call screening process), otherwise, performing a second operation (e.g., routing the call using call screening process) on the incoming call responsively to an absence of the additional information (e.g., forwarding the call to the called user smartphone when the caller number is not present in the blocked list database).<br><br>As shown, when the caller dials the number, the call control unit of the Aura app queries the app server to determine whether the caller phone number is present in the accepted list, blocked list or the caller is an unknown caller, where the accepted list and blocked list is preconfigured which is stored at the server. If the server determines that the caller number is not present in accepted list and the caller is an unknown caller, the call control unit Aura's Call Assistant will pick up unknown calls on the behalf of user to screen the calls for spam or scams, once identified that the is a verified or genuine call, the call will be routed correctly to the called user and if the caller is identified as spam or scams, the call will be blocked or prevented. |



https://www.aura.com/spam-call-message-protection

**How does Spam Call Protection work?**

Spam Call Protection uses several layers of screening to keep you safe from unwanted calls and costly phone scams. For incoming calls, Aura automatically checks for known spam callers and blocks them. If a call is unknown or not in our spam lists, Aura's proprietary AI Call Assistant will pick up unknown calls on your behalf to screen them for spam. Our AI Call Assistant will only forward legitimate calls to you, so you won't miss appointments, deliveries, and emergencies while you enjoy living spam-free.

**Does Spam Call Protection protect me from unwanted texts?**

**What devices support Spam Call Protection?**

Spam Call Protection is available through the Aura mobile app on iOS and Android.

https://www.aura.com/spam-call-message-protection



https://www.aura.com/spam-call-message-protection

Page 9 of 14



https://www.aura.com/spam-call-message-protection





https://apps.apple.com/us/app/aura-security-protection/id1547735089

## You could end up paying significantly more on your phone bill

Some spammers use "one-ring calls" to entice you to call them back. But these con artists often call from abroad or use a premium phone number.

The Federal Communications Commission (FCC) recently mandated that all U.S. phone carriers adopt STIR/SHAKEN technology [*]. This feature blocks international phone scammers from spoofing local numbers. But you should still be careful when answering calls to avoid exorbitant charges on your phone bill.

Here's how to avoid expensive spam calls:

- **Don't answer strange numbers.** It's best to ignore calls from any number you don't recognize. Scammers calling from abroad may use reverse charges or deceitful tactics to trick you into disclosing personal information.
- **Don't call back a number if your phone rings once.** Spam callers can hide international numbers with ID spoofing. These one-ring calls are bait — the fraud happens when you call back the spam number. If you must call back after a missed call, check the area code to ensure it's in the United States.
- **Block outgoing international calls.** A call-blocking app could save you from mistakenly calling foreign numbers. You can also contact your phone company to request a block.

📊 Related: What Are "Spam Risk" Phone Calls? Why Do They Keep Calling? →

https://www.aura.com/learn/what-happens-if-you-call-back-a-spam-number

## STIR/SHAKEN Implementation



The implementation of the FCC's STIR/SHAKEN protocol is a legal response to consumers' clamors. It aims to eliminate call spoofing by using call authentication technology. Currently, the technology also alerts consumers if they call they receive is valid.

https://calleridreputation.com/blog/understanding-how-shaken-tokens-work/

Page 13 of 14

| | |
|---|---|
| | STIR/SHAKEN at this time. STIR/SHAKEN is also not a SPAM/Fraud solution, it is a piece of the puzzle. You can still get a spam call with an A level attestation.<br><br>https://community.freepbx.org/t/show-stir-shaken-status-for-inbound-calls/79479<br><br>**Authenticator**<br><br>The STI-AS and STI-VS expose the REST API to the Authenticator. This is the piece of the carrier network puzzle that uses authentication and signing services to make and verify digital signatures from the carriers. Moreover, in some protocols, the STI-AS and STI-VS have a fixed anchor position—with the<br><br>https://calleridreputation.com/blog/understanding-how-shaken-tokens-work/ |